LAW OFFICES OF
**BOND, McDONALD AND LEHMAN, P.C.**
91 GENESEE STREET
GENEVA, NEW YORK 14456

Tel (315) 789-8480
Fax (315) 789-0449
E-Mail: bondmcd@bmlspc.com

WILLIAM J. McDONALD, JR.
MARK M. McDONALD
BRAM S. LEHMAN
AARON T. SANDERS

WENDY L. HAUCK

OF COUNSEL
KEVIN J. McDONALD

LEGAL ASSISTANTS
FELICITY A. McDONALD
DEBORAH E. JOHNSON

October 19, 2017

Hon. Michael A. Telesca
Western District of New York
2120 U.S. Courthouse
100 State Street
Rochester, NY 14614-1387

VIA EMAIL: telesca@nywd.uscourts.gov

Re: Keeley Davis v. Carolyn W. Colvin
Acting Commissioner of Social Security
17-cv-6168 MAT

Dear Judge Telesca:

I am writing to request an extension of time to submit plaintiff's motion for judgment on the pleadings. The motion is due 10/25/17. The U.S. Attorney's Office has agreed to an extension until 11/24/17 for plaintiff's motion to be filed.

Thank you for your consideration of this request.

Very truly yours,

BOND, MC DONALD AND LEHMAN, P.C.

Mark M. McDonald

MMM/mmw

Cc: Kathryn L. Smith, Assistant United States Attorney

**SO ORDERED:**

*/s/ Michael A. Telesca*
**HONORABLE Michael A. Telesca**
**UNITED STATES DISTRICT JUDGE**

DATED: 10/19/17